GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
THOMAS H. FELL, ESQ.
Nevada Bar No. 3717
E-mail: tfell@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
[Proposed] Attorneys for Debtors

E-Filed On  7-26-10

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

In re:

RIVIERA HOLDINGS CORPORATION

☒ Affects this Debtor.

☐ Affects all Debtors.

☐ Affects RIVIERA OPERATING CORPORATION

☐ Affects RIVIERA BLACK HAWK, INC.

Case No.: **10-22910 -LBR**
**Chapter 11 Jointly Administered with:**

10-22913-LBR        Riviera Operating Corp.
10-22915-LBR        Riviera Black Hawk, Inc.

Date:   N/A
Time:   N/A

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

☐ Voluntary Petition (specify reason for amendment)_____

☒ Summary of Schedules

☒ Schedule A – Real Property

☒ Schedule B – Personal Property

☒ Schedule C – Property Claimed as Exempt

☒ Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders

    ☒ Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required.**

    ☐ Add/change address of already listed creditor - **no fee**

☒ Schedule G – Schedule of Executory Contracts & Expired Leases

☒ Schedule H – Codebtors

☒ Schedule I – Current Income of Individual Debtor(s)

☒ Schedule J – Current Expenditures of Individual Debtor(s)

☒ Declaration Regarding Schedules

☒ Statement of Financial Affairs and/or Declaration

☒ Disclosure of Compensation of Attorney for Debtor

☒ Other:   List of Equity Security Holders; Corporate Ownership Statement; Amended Top 20

DATED this 26 day of July, 2010.

GORDON SILVER

By: _____
GERALD M. GORDON, ESQ.
THOMAS H. FELL, ESQ.
[Proposed] Attorneys for Debtors

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103000-001/982562.doc

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **Riviera Holdings Corporation**      Case No.

                                               Debtor(s)          Chapter     11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Meeting Bridge<br>15334 Collections Ctr Dr<br>Chicago, IL 60693 | Meeting Bridge<br>15334 Collections Ctr Dr<br>Chicago, IL 60693 | Phone conferencing service | | 406.39 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    7-26-10                    Signature    /s/ Tullio J. Marchionne    X

                                            Tullio Marchionne
                                          Secretary

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of Nevada

In re    **Riviera Holdings Corporation**             Case No. _____

                                 Debtor

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 157,200,000.00 | | |
| B - Personal Property | Yes | 4 | 13,607,711.37 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 275,632,774.11 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 406.39 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 15 | | | |
| Total Assets | | | 170,807,711.37 | | |
| Total Liabilities | | | | 275,633,180.50 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **Riviera Holdings Corporation**                                     ,    Case No. _____

                                          Debtor

                                                            Chapter_____11_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Riviera Holdings Corporation**                                          ,     Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Riviera Hotel & Casino**<br>**Location: 2901 Las Vegas Blvd. So., Las Vegas, NV 89109**<br>**APN: 162-09-703-001** | **fee siimple** | - | **157,200,000.00** | **275,632,774.11** |

|  |  |  |
|---|---|---|
| Sub-Total > | **157,200,000.00** | (Total of this page) |
| Total > | **157,200,000.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Riviera Holdings Corporation**                                                    ,          Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Operations; Acct No. xxxxx6514 | - | 189,283.94 |
| | | | Bank of America Concentration; Acct No. xxxxxxxx7752 | - | 9,984,656.85 |
| | | | Wells Fargo; Acct No. xxxxxx4445 | - | 4,213.57 |
| | | | Wells Fargo Cash Deposit Workers Comp Reserve | - | 272,000.00 |
| | | | Bank of America; Cash Deposit | - | 2,500,000.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | Deposit with Nevada Gaming Control Board | - | 15,000.00 |
| | | | Deposit with Security Exchange Commission | - | 11,566.40 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >           12,976,720.76
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Riviera Holdings Corporation**             Case No. _____

                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% Owner of Riviera Operating Corporation** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Riviera Holdings Corporation**                                                      ,        Case No. _____

                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Aristocrat Club TN00260388 Trade Name** | - | **Unknown** |
| | | **Kady's SM00260393 Service Mark** | | |
| | | **Kristofer's SM00260394 Service Mark** | | |
| | | **Pull for the Gold 1,575,681 Service Mark** | | |
| | | **Ristorante Italiano SM00260392 Service Mark** | | |
| | | **Rivco Advertising SM00260396 Service Mark** | | |
| | | **Riviera Hotel & Casino SM00260390 Service Mark** | | |
| | | **The Star of Las Vegas 1,588,239 Service Mark** | | |
| | | **Valley of Games/with design SM00320762 Service Mark** | | |
| | | **Versailles Room TN00260386 Trade Name** | | |
| | | **World's Fare Buffet SM00260397 Service Mark** | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

|  | Sub-Total >        (Total of this page) | **0.00** |
|---|---|---|

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Riviera Holdings Corporation**                                          , Case No. _____
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | Prepaids-Insurance | - | 391,370.62 |
| | | Prepaids-Professional Fee Retainers | - | 202,120.00 |
| | | Prepaids-Other | - | 37,499.99 |

|  | |
|---|---|
| Sub-Total > | 630,990.61 |
| (Total of this page) | |
| Total > | 13,607,711.37 |

Sheet  __3__  of  __3__   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re    **Riviera Holdings Corporation**                              Case No. _____
                                                          ,
                              Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                     *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **NONE.** | | | |

_0_  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Riviera Holdings Corporation**                             Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Security Agreement | | | | | |
| **Cantor Fitzgeralds Securities** **Scott Greeberg, Esq.** **c/o Cadwalder, Wickersham & Taft** **One World Financial Center** **New York, NY 10281** | X | - | Riviera Hotel & Casino Location: 2901 Las Vegas Blvd. So., Las Vegas, NV  89109 APN: 162-09-703-001 | | | | 247,771,522.54 | 106,291,522.00 |
| | | | Value $          157,200,000.00 | | | | | |
| Account No. | | | | | | | | |
| **Cerberus Series Four Holdings, LLC** **National Corporate Research Ltd.** **615 South Dupont Hwy** **Dover, DE 19901** | X | - | Riviera Hotel & Casino Location: 2901 Las Vegas Blvd. So., Las Vegas, NV  89109 APN: 162-09-703-001 | | | | 27,861,251.57 | 12,141,251.00 |
| | | | Value $          157,200,000.00 | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

**0**    continuation sheets attached

|  |  |  |
|---|---|---|
| Subtotal (Total of this page) | 275,632,774.11 | 118,432,773.00 |
| Total (Report on Summary of Schedules) | 275,632,774.11 | 118,432,773.00 |

                               Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re    **Riviera Holdings Corporation**                                          ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    *_Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Riviera Holdings Corporation**                                 Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 6/15/2006 | | | | |
| Basilia Espinoza c/o Ikenna Odunze, Esq. Rosenfeld Roberson 6725 Via Austi Parkway Las Vegas, NV 89119 | - | | | | Pending Eighth Judicial District Court Case, #A565473. Personal Injury. | X | X | X | Unknown |
| Account No. | | | | | 5/14/2006 | | | | |
| Eugene Pasieka c/o Joshua R. Harris, Esq. Richard Harris Law Firm 801 S. Fourth Street Las Vegas, NV 89101 | - | | | | Pending Eighth Judicial District Court Case, #A558692. Personal Injury. | X | X | X | Unknown |
| Account No. | | | | | 6/15/2006 | | | | |
| Francisco Espinoza c/o Ikenna Odunze, Esq. Rosenfeld Roberson 6725 Via Austi Parkway Las Vegas, NV 89119 | - | | | | Pending Eighth Judicial District Court Case, #A565473. Personal Injury. | X | X | X | Unknown |
| Account No. | | | | | Pending Eighth Judicial District Court Case No. A615323.  Personal Injury. | | | | |
| Jesse Holder c/o Mark Kulla, Esq. Spiltro & Kulla, Chtd. 626 South Third Street Las Vegas, NV 89101 | - | | | | | X | X | X | Unknown |

|  |  |
|---|---|
|   **1**   continuation sheets attached | Subtotal (Total of this page)     **0.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re     **Riviera Holdings Corporation**                                    Case No. _____
                                                                    ,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1626** | | | **7/8/2010** **Phone conferencing service** | | | | |
| **Meeting Bridge** **15334 Collections Ctr Dr** **Chicago, IL 60693** | | - | | | | | |
| | | | | | | | **406.39** |
| Account No. | | | **9/19/2007** **Pending Eighth Judicial District Court Case No.593782. Personal Injury.** | | | | |
| **Norma Cummings** **c/o David M. Moore, Esq.** **Bernstein & Associates** **500 S. Fourth Street** **Las Vegas, NV 89101** | | - | | X | X | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **6/6/2007** **Age Discrimmination suit.** | | | | |
| **Ron DeMarco** **c/o Rosemary Orsini, Esq.** **Burg Simpson Eldredge Hersh & Jardine** **40 Inverness Dr. East** **Englewood, CO 80112** | | - | | X | X | X | |
| | | | | | | | **Unknown** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __1__ of __1__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **406.39** |
| | Total (Report on Summary of Schedules) | **406.39** |

B6G (Official Form 6G) (12/07)

In re    **Riviera Holdings Corporation**                                      Case No. _____
                                                        ,
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Anthem Blue Cross Blue Shield**<br>**Attn: Julie Crume**<br>**9133 W. Russell Road**<br>**Las Vegas, NV 89148** | **Carrier of Employees Health Insurance (Las Vegas & Black Hawk), dated 1/1/2010** |
| **Ernst & Young**<br>**Attn:  Teresa Dieguez**<br>**3800 Howard Hughes Parkway, Suite 1450**<br>**Las Vegas, NV 89169** | **Tax Services - statement of work** |
| **Ernst & Young**<br>**Attn:  Tom La Placa**<br>**3800 Howard Hughes Parkway, Suite 1450**<br>**Las Vegas, NV 89169** | **Assurance and Sarbox work, etc. - engagement letter, dated 6/21/10** |
| **Global Resources**<br>**Attn:  Cindy Brinker**<br>**3763 Howard Hughes Parkway, Suite 140**<br>**Las Vegas, NV 89169** | **Internal audit services - I.T. testing for 2009 SOX compliance, dated 6/21/10** |
| **Gordon & Silver**<br>**Attn:  Gerry Gordon**<br>**3960 Howard Hughes Parkway, Ninth Fl.**<br>**Las Vegas, NV 89169** | **Legal representation for various issues - engagment letter, dated 1/1/09** |
| **Houldsworth Russo**<br>**Attn:  Dianna Russo**<br>**170 N. Stephanie, Suite 110**<br>**Henderson, NV 89074** | **Assurance and tax work - ESOP plan Form 5500 compilation, dated 1/19/10** |
| **In Touch**<br>**Attn:  Peter Lilienthal**<br>**3100 West Lake Street, Suite 430**<br>**Minneapolis, MN 55416** | **Corporate governance - reporting hotline ethics violations, etc., dated 1/1/08** |
| **IntraLinks**<br>**Attn:  Jim McClurkin**<br>**6625 Curlew Terrace**<br>**Carlsbad, CA 92011** | **Corporate records online data storage, dated 2/15/10** |
| **Olshan Grudman Frome Rosenweig & Wolosky**<br>**Attn:  Adam Finerman**<br>**Park Ave Tower, 65 E 55th Street**<br>**New York, NY 10022** | **Legal representation for SEC matters - engagement letter, dated 8/20/07** |

**1**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Riviera Holdings Corporation**                                          Case No. _____
_____ ,
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Patricia Bowen<br>1930 Village Center Circle #3-187<br>Las Vegas, NV 89169 | Internal audit services - SOX compliance, etc., dated 6/16/09 |
| Pink OTC Markets<br>Attn: John Kallop<br>Issuer Services 304 Hudson St., 2nd Floo<br>New York, NY 10013 | Over the counter trading - real time level 2 stock quote display, dated 6/30/09 |
| Principal Financial Group/<br>Life Insurance Company<br>Attn: Melissa Amaon<br>711 High Street<br>Des Moines, IA 50392 | Administration of Group Dental Insurance and Term Life Insurance, dated 1/1/10 |
| Risk Management<br>Attn: Steve Kawa<br>4170 S. Decatur Blvd., Suite C-5<br>Las Vegas, NV 89103 | Insurance consulting services, dated 1/2/97 |
| Standard & Poor's<br>Attn: Darrell Stone<br>55 Water Street, 34th Floor<br>New York, NY 10041 | Stock market access and license agreement, 6/24/09 |
| US Foods<br>Attn: Bret Banato<br>1685 W. Cheyenne Avenue<br>N. Las Vegas, NV 89032 | Master purchasing and rebate agreement for food purchases (Las Vegas & Black Hawk), dated 7/1/08 |
| X Roads<br>Attn: Jeff Truitt<br>1821 East Dyer Road, Suite 225<br>Santa Ana, CA 92705 | Financial advisors - restructuring activities, 3/25/10 |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Riviera Holdings Corporation**                                                                    Case No. _____

_____,
Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Riviera Black Hawk, Inc.**<br>**444 Main Street**<br>**Black Hawk, CO 80422** | **Cantor Fitzgeralds Securities**<br>**Scott Greeberg, Esq.**<br>**c/o Cadwalder, Wickersham & Taft**<br>**One World Financial Center**<br>**New York, NY 10281** |
| **Riviera Black Hawk, Inc.**<br>**444 Main Street**<br>**Black Hawk, CO 80422** | **Cerberus Series Four Holdings, LLC**<br>**National Corporate Research Ltd.**<br>**615 South Dupont Hwy**<br>**Dover, DE 19901** |
| **Riviera Gaming Management of Colorado** | **Cantor Fitzgeralds Securities**<br>**Scott Greeberg, Esq.**<br>**c/o Cadwalder, Wickersham & Taft**<br>**One World Financial Center**<br>**New York, NY 10281** |
| **Riviera Gaming Management of Colorado** | **Cerberus Series Four Holdings, LLC**<br>**National Corporate Research Ltd.**<br>**615 South Dupont Hwy**<br>**Dover, DE 19901** |
| **Riviera Operating Corporation**<br>**2901 Las Vegas Blvd. So.**<br>**Las Vegas, NV 89109** | **Cantor Fitzgeralds Securities**<br>**Scott Greeberg, Esq.**<br>**c/o Cadwalder, Wickersham & Taft**<br>**One World Financial Center**<br>**New York, NY 10281** |
| **Riviera Operating Corporation**<br>**2901 Las Vegas Blvd. So.**<br>**Las Vegas, NV 89109** | **Cerberus Series Four Holdings, LLC**<br>**National Corporate Research Ltd.**<br>**615 South Dupont Hwy**<br>**Dover, DE 19901** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  __Riviera Holdings Corporation__                                    Case No. _____
                                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | | | |
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a.  Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
|     b.  Insurance | $ | 0.00 | $ | 0.00 |
|     c.  Union dues | $ | 0.00 | $ | 0.00 |
|     d.  Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>    dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | 0.00 | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Riviera Holdings Corporation** _____    Case No. _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 0.00 |
| a. Are real estate taxes included? Yes ___ No **X** | | |
| b. Is property insurance included? Yes ___ No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | | $ 0.00 |
| b. Water and sewer | | $ 0.00 |
| c. Telephone | | $ 0.00 |
| d. Other _____ | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4. Food | | $ 0.00 |
| 5. Clothing | | $ 0.00 |
| 6. Laundry and dry cleaning | | $ 0.00 |
| 7. Medical and dental expenses | | $ 0.00 |
| 8. Transportation (not including car payments) | | $ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 0.00 |
| e. Other _____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other _____ | | $ 0.00 |
| c. Other _____ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other _____ | | $ 0.00 |
| Other _____ | | $ 0.00 |

| | |
|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 0.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. | Average monthly income from Line 15 of Schedule I | $ 0.00 |
| b. | Average monthly expenses from Line 18 above | $ 0.00 |
| c. | Monthly net income (a. minus b.) | $ 0.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

## United States Bankruptcy Court
### District of Nevada

In re   **Riviera Holdings Corporation**

Debtor(s)

Case No. _____

Chapter   **11**   _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Secretary of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___17___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   7-26-10

Signature _____

**Tullio Marchionne**
**Secretary**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Nevada

In re    **Riviera Holdings Corporation** _____    Case No. _____
                                    Debtor(s)    Chapter    **11**    _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | **2010 YTD: Operation of Business (Thru 6/30/10)** |
| $0.00 | **2009: Operation of Business** |
| $0.00 | **2008: Operation of Business** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

2

---

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850˙.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached Exhibit 1** | | **$0.00** | **$0.00** |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Basilisa and Francisco Espinoza v. Riviera Holdings Corp.; Riviera Operating Corp.; and Riviera Hotel & Casino; Case No. A565173** | **Personal Injury** | **Eighth Judicial District Court, Clark County, Nevada** | **Pending** |
| **Oded Golan v. Riviera Hotel & Casino; Riviera Holdings Corporation; and Riviera Operating Company; Case No. A555139** | **Personal Injury** | **Eighth Judicial District Court, Clark County, Nevada** | **Dismissed on 8/28/09** |
| **Eugene Pasieka v. Riviera Holdings Corp. dba Riviera Hotel & Casino; Cuesports International et al.; Case No. A558692** | **Personal Injury** | **Eighth Judicial District Court, Clark County, Nevada** | **Trial set for 12/10/09** |

---

˙ Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Norma Cummings v. Riviera Hotel & Casino and Riviera Holding Corp.; Case No. A593782** | **Personal Injury** | **Eighth Judicial District Court, Clark County, Nevada** | **Pending/Arbitration** |
| **Jesse Holder v. Riviera Holding Corporation; Case No. A615323** | **Negligence** | **Eighth Judicial District Court, Clark County, Nevada** | **Pending** |
| **Ron DeMarco v. Riviera Holding Corporation and Riviera Black Hawk; Case No. 07-CV-01147-JKL-JMW** | **Age Discrimination law suit** | **United States District Court, Denver, Colorado** | **Pending** |

None ■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

### 8. Losses

None
■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Gordon Silver**<br>**3960 Howard Hughes Parkway, 9th Floor**<br>**Las Vegas, NV 89169** | 8/13/09 | $16,087.70 |
| **Gordon Silver**<br>**3960 Howard Hughes Parkway, 9th Floor**<br>**Las Vegas, NV 89169** | 9/15/09 | $4,226.00 |
| **Gordon Silver**<br>**3960 Howard Hughes Parkway, 9th Floor**<br>**Las Vegas, NV 89169** | 10/14/09 | $29,258.75 |
| **Gordon Silver**<br>**3960 Howard Hughes Parkway, 9th Floor**<br>**Las Vegas, NV 89169** | 11/16/09 | $13,948.60 |
| **Gordon Silver**<br>**3960 Howard Hughes Parkway, 9th Floor**<br>**Las Vegas, NV 89169** | 12/11/09 | $13,948.60 |
| **Gordon Silver**<br>**3960 Howard Hughes Parkway, 9th Floor**<br>**Las Vegas, NV 89169** | 12/14/09 | $17,000.00 |
| **Gordon Silver**<br>**3960 Howard Hughes Parkway, 9th Floor**<br>**Las Vegas, NV 89169** | 1/15/10 | $2,285.02 |
| **Gordon Silver**<br>**3960 Howard Hughes Parkway, 9th Floor**<br>**Las Vegas, NV 89169** | 2/17/10 | $19,311.00 |
| **Gordon Silver**<br>**3960 Howard Hughes Parkway, 9th Floor**<br>**Las Vegas, NV 89169** | 3/15/10 | $29,630.86 |
| **Gordon Silver**<br>**3960 Howard Hughes Parkway, 9th Floor**<br>**Las Vegas, NV 89169** | 4/16/10 | $35,088.00 |
| **Gordon Silver**<br>**3960 Howard Hughes Parkway, 9th Floor**<br>**Las Vegas, NV 89169** | 5/12/10 | $35,558.78 |
| **Gordon Silver**<br>**3960 Howard Hughes Parkway, 9th Floor**<br>**Las Vegas, NV 89169** | 6/10/10 | $49,160.05 |
| **Gordon Silver**<br>**3960 Howard Hughes Parkway, 9th Floor**<br>**Las Vegas, NV 89169** | 7/12/10 | $158,714.04 |

5

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gordon Silver**<br>**3960 Howard Hughes Parkway, 9th Floor**<br>**Las Vegas, NV 89169** | **7/12/10** | **$92,482.00** |

---

**10. Other transfers**

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wells Fargo Bank** | **Workers Compensation; account ending in 6601** | **0.00; 8/12/09** |
| **Bank of America** | **Workers Compensation; account ending in 2447** | **0.00; 6/3/2010** |
| **Wachovia Bank** | **Corporate checking; account ending in 1125** | **0.00; 7/8/2009** |
| **Wilmington Trust** | **ESOP; account ending in 4572** | **0.00; 11/30/09** |

---

**12. Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

6

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

7

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Riviera Operating Corporation** | 88-0296874 | **2901 Las Vegas Blvd. So. Las Vegas, NV 89109** | **Hotel and Gaming** | **Incorporated January 27, 1993** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Phil Simons** | **CFO/Treasurer; May 2008-Present** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Ernst & Young, LLP** | **3800 Howard Hughes Parkway, Ste. 1450 Las Vegas, NV 89169** | **External Auditors; March 2008- Present** |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Securities and Exchange Commission SEC Filings- financial statements accessible to all financial institutions** | |

8

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                             DATE ISSUED

---

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Phil Simons<br>2901 Las Vegas Blvd. So.<br>Las Vegas, NV 89109 | Co-Chief Executive Officer | 0.00 |
| Phil Simons<br>2901 Las Vegas Blvd. So.<br>Las Vegas, NV 89109 | Treasurer & Chief Financial Officer | 0.00 |
| Tullio Marchionne<br>2901 Las Vegas Blvd. So.<br>Las Vegas, NV 89109 | Co-Chief Executive Officer | 0.23% |
| Tullio Marchionne<br>2901 Las Vegas Blvd. So.<br>Las Vegas, NV 89109 | General Counsel & Secretary | 0.23% |
| Robert Vannucci<br>2901 Las Vegas Blvd. So.<br>Las Vegas, NV 89109 | Co-Chief Executive Officer | 1.17% |
| Vincent DiVito<br>2901 Las Vegas Blvd. So.<br>Las Vegas, NV 89109 | Chairman of the Board | 0.05% |
| Major General Paul Harvey<br>2901 Las Vegas Blvd. So.<br>Las Vegas, NV 89109 | Board of Director | 0.03% |
| James Land, Jr.<br>2901 Las Vegas Blvd. So.<br>Las Vegas, NV 89109 | Board Director | 0.09% |
| Wayzata Investment Partners, LLC<br>701 East Lake Street, Ste. 300<br>Wayzata, MN 55391 | Shareholder | 8.07% |

9

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Plainfield Special Situation Master I**<br>**5 Railroad Avenue**<br>**Greenwich, CT 06830** | **Shareholder** | **15.06%** |
| **Desert Rock Enterprises, LLC**<br>**3960 Howard Hughes Parkway**<br>**Suite 562**<br>**Las Vegas, NV 89109** | **Shareholder** | **15.06%** |
| **Lorenzo Doumani Family Trust**<br>**2747 Paradise Rd., Ste. 501**<br>**Las Vegas, NV 89109** | **Shareholder** | **5.82%** |

---

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☐
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **William Westerman** | **Chairman of the Board** | **Upon death on April 18, 2010** |
| **William Westerman** | **Chief Executive Officer** | **Upon death on April 18, 2010** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ___7-26-10___          Signature _____

Tullio Marchionne
Secretary

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Nevada

In re   **Riviera Holdings Corporation**                                       Case No. _____

_____                    Chapter    **11**    _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **516,699.40** |
| Prior to the filing of this statement I have received | $ | **516,699.40** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    _____                    _____
                                                   **Thomas H. Fell, Esq.**
                                                   **Gordon Silver**
                                                   **3960 Howard Hughes Parkway**
                                                   **Ninth Floor**
                                                   **Las Vegas, NV 89169**
                                                   **(702) 796-5555**

---

## United States Bankruptcy Court
### District of Nevada

In re      Riviera Holdings Corporation _____

                                        Debtor

Case No. _____

Chapter _____ 11 _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
| --- | --- | --- | --- |
| See Attached Exhibit .2 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date__7-26-10_____

Signature _____
Tullio Marchionne
Secretary

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

## United States Bankruptcy Court
### District of Nevada

In re   **Riviera Holdings Corporation**

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Riviera Holdings Corporation**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

7-26-10
_____
Date

_____
**Thomas H. Fell, Esq.**
Signature of Attorney or Litigant
Counsel for   **Riviera Holdings Corporation**
**Gordon Silver**
**3960 Howard Hughes Parkway**
**Ninth Floor**
**Las Vegas, NV 89169**
**(702) 796-5555**

# United States Bankruptcy Court
### District of Nevada

In re   Riviera Holdings Corporation _____   Case No. _____
                                            Debtor(s)              Chapter   11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Secretary of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   7-26-10 _____        _____
                                        **Tullio Marchionne/Secretary**
                                        Signer/Title

Abraham D. Hugar
951 Las Palmas Entrada #628
Henderson, NV 89012

Agnes Smith
9278 Apache Springs Dr.
Las Vegas, NV 89117

Aileen J. Tennell
1051 Hassett St.
Las Vegas, NV 89104

Aimee A. Morrill
2050 N. Los Feliz
#129
Las Vegas, NV 89156

Alan Fields
8930 Crooked Ct
Las Vegas, NV 89123

Albert A. Sellers
9672 Gunsmith Dr.
Las Vegas, NV 89123

Alexander Cools
Bldg Belgicia 11
Brussels Belgium

Alexandra M. Reeves
1650 F St.
Golden, CO 80401

Alexandra N. Pitts
c/o Jon Pitts
2108 Monterey Ave.
Las Vegas, NV 89104

Alexis Jablonski
2901 Las Vegas Blvd. So.
Las Vegas, NV 89109

Alison J. Pitts
c/o Jon Pitts
2108 Monterey Ave.
Las Vegas, NV 89014

Alma E. Campa
4396 Springdale Ct
Las Vegas, NV 89121

Alma Jean Smith
2068 N. Nellis Blvd., #230
Las Vegas, NV 89115-5576

Alyson Kosinski
c/o David Kosinski
5672 West Twain Ave.
Las Vegas, NV 89103

Amos Moore
3024 Alma Drive
North Las Vegas, NV 89030-5124

Amparo B. Mendoza
7950 Macklin St.
Las Vegas, NV 89129-5539

Amy J. Swiantkiewicz
4378 Clover Hill Court
Las Vegas, NV 89147

Amy Miller
2048 Smoke tree village Circle
Henderson, NV 89012

Ana Maria Rodriguez
1031 Palmerston St.
Las Vegas, NV 89110-2641

Anberber Tamrat
1208 Vance St.
Lakewood, CO 80215

Andrea Mikesell
3336 Clandara Ave.
Las Vegas, NV 89121

Andrew J. Berry
6052 Jay St
Arvada, CO 80003

Anita L. Holland
5921 Kentlands St.
Las Vegas, NV 89130

Ann Trait
c/o Westerman
2901 Las Vegas Blvd. South
Las Vegas, NV 89109

Annette Watson
6100 Carmen Blvd.
# 2046
Las Vegas, NV 89108

Anthem Blue Cross Blue Shield
Attn: Julie Crume
9133 W. Russell Road
Las Vegas, NV 89148

Arnold Kramer
3655 Starship Lane
Las Vegas, NV 89147-6824

Arthur Kingsley
3601 Cambridge 141
Las Vegas, NV 89109-4009

Bank of America IRA Cust. FBO
Margarita Quinones IRA
1810 Vegas Valley Dr.
Las Vegas, NV 89109-1724

Barbra A. Wolfe
3204 Carbondale St.
Las Vegas, NV 89135

Bartley J. Connolly
7030 Sylvan Oak Dr
Las Vegas, NV 89147-4874

Basilia Espinoza
c/o Ikenna Odunze, Esq.
Rosenfeld Roberson
6725 Via Austi Parkway
Las Vegas, NV 89119

Begnino E. Aragon
12304 W. 85th Ave.
Arvada, CO 80005

Benigno V. Claramunt
5910 Bellerive St
Las Vegas, NV 89113-0782

Beth Janene Raden
9 Eliot Dr.
Voorhees, NJ 08043-4136

Beverly Catalano
6809 Neepawa Cir
Las Vegas, NV 89108

Billie Forsstrom
818 Cornerstone Place
North Las Vegas, NV 89031-1892

Bobbie Nell Stubblefield
1220 Tree Line Dr.
# 1045
Las Vegas, NV 89142-0678

Boonchuey Butler
4267 Twilight St
Las Vegas, NV 89122

Brian Benchneider
15 Emerald Dunes Circle
Henderson, NV 89052-6617

Brian Westerman
2901 Las Vegas Blvd. South
Las Vegas, NV 89109

Briceson J. Kahler
11988 W. Cross Dr.
Littleton, CO 80127

Bridget Westerman
c/o Westerman
2901 Las Vegas Blvd. South
Las Vegas, NV 89109

Bruce A. Holtzman
2430 La Casa
Henderson, NV 89014-3132

Bruce B. Leavitt
5934 Clear Valley Ave.
Las Vegas, NV 89142

Bryan J. Franzoi
C/O John Franzoi
4135 Gibraltar
Las Vegas, NV 89121

Bryan R. Hilgediek
8106 Cheswick Dr.
Indianapolis, IN 43219-2861

Cantor Fitzgeralds Securities
Scott Greeberg, Esq.
c/o Cadwalder, Wickersham & Taft
One World Financial Center
New York, NY 10281

Carl A. Gillett Sr.
3801 Minutemen Ave
Las Vegas, NV 89110

Carl Anderson
6750 Del Rey Avenue.
Apt. No. 207
Las Vegas, NV 89146

Carl T. Nixon
4164 Gilbraltar
Las Vegas, NV 89121

Carlo La Marco
4589 El Camino Cabos Dr.
Las Vegas, NV 89147

Carol Elder
112 Sierra Timber Road
Black Hawk, CO 80422

Carolyn A. Flower
300 Duke Ave
No Las Vegas, NV 89030

Carolyn H. Wagasky
3617 Laguna Verde Way
Las Vegas, NV 89121

Carolyn R. Burlingame
PO Box 185
Black Hawk, CO 80422

Cassidy B. Franzoi
C/O John C Franzoi
4135 Gibraltar
Las Vegas, NV 89121

Catalina T. Juarez
116 Palisade Ave.
Las Vegas, NV 89110-4749

Cathleen A. Krismanits
6436 Whippoorwill Way
Las Vegas, NV 89103-2156

Cerberus Series Four Holdings, LLC
National Corporate Research Ltd.
615 South Dupont Hwy
Dover, DE 19901

Charissa D. Mentzer
10559 Bella Camrosa
Las Vegas, NV 89141

Charlene Hall
4136 Tolkein St.
Las Vegas, NV 89115-0343

Charles E. Marks
1702 Woodward Heights Way
North Las Vegas, NV 89102

Charles H. Garbutt
PO Box 11396
Chandler, AZ 85248-0007

Charlyne B. Corvino
9786 Sweet Jasmine
Las Vegas, NV 89148

Cheryl A. Wohlers
PO Box 265
Idaho Springs, CO 80452

Cheryl J. Anguiano
5800 Churchill St.
Las Vegas, NV 89107

Christina Coffey
97 Callaway Circle
Henderson, NV 89074

Christine A. Chapman
5536 Oxbole St
Las Vegas, NV 89119

Christine Arthun
C/O Brian Benschneider
15 Emerald Dunes Circle
Henderson, NV 89052-6617

Christine F. Baron
6644 Maddies Way
Las Vegas, NV 89118

Christine Gigante
10191 Renae Nicole Court
Las Vegas, NV 89123

Christine L. Snyder
8162 Yellow Daisy Ave.
Las Vegas, NV 89147

Christopher Beeman
229 Wellspring Court
Las Vegas, NV 89123

Christopher Westerman
c/o Westerman
2901 Las Vegas Blvd. South
Las Vegas, NV 89109

Cindy L. Ellis
6255 W. Tropicana # 182
Las Vegas, NV 89103

Cindy M. Lataille
8512 Quail Brook Ave.
Las Vegas, NV 89117

Clare Podmore
37 Rose Lea
Fulwood Perston
Lancashire, United Kingdom PR2 9LB,

Claudio A. Leiva
2878 Puenta St.
Las Vegas, NV 89121

Colironed Dukes
1728 N. Decatur Blvd Apt 3
Las Vegas, NV 89108-2221

Connie Y Roberts
12285 West Kentucky Drive
Lakewood, CO 80228

Corina G. Meador
5375 Pistolera Circle
Las Vegas, NV 89120

Corine E. Shelley
1545 Golden Sea Lane
North Las Vegas, NV 89032-3690

Crystal Burns
9101 Parapet Ave
Las Vegas, NV 89149

Crystal Howard
5548 Sterling Valley Court
Las Vegas, NV 89148

Cynthia a. Mageau
10132 Pinnacle View Pl.
Las Vegas, NV 89134

Cynthia Birney
12124 Espana Ct
Las Vegas, NV 89138

Cynthia Tiegs
1020 Ron Evans St.
Las Vegas, NV 89128

Dale E. Evans
936 Nye St
Las Vegas, NV 89106-1940

Dale Rhodes
5075 Spyglass Hill Dr.
# 2084
Las Vegas, NV 89142

Dan Hasty
712 Slayton Dr.
Las Vegas, NV 89107-3427

Dan S. O'Neall
2115 Winwood St.
#101
Las Vegas, NV 89108

Daniel Coffey
97 Callaway Circle
Henderson, NV 89074

Daniel Hersman
816 Anchor Dr.
Henderson, NV 89015

Daniel I. Chae
5411 Elm Ct 1
Denver, CO 80221

Darcy H. Bobbera
7020 Hillcroft Way
Las Vegas, NV 89147

David B. Belikove
3800 Dalecrest Dr # 2082
Las Vegas, NV 89129

David Friedman
2654 W Horizon Ridge Pkway B5

David J. Gross
11591 Capanna Rosso Pl
Las Vegas, NV 89141

David Kosinski
5672 West Twain Ave.
Las Vegas, NV 89103-1210

David L. Dries
10830 W. Evans Ave # 21
Lakewood, CO 80227

David Stafford &
Suzanne Stafford JT Ten
1921 Talon
New Lenox, IL 60451-3852

David W. Pate
216 Sandpiper Village Way
Henderson, NV 89012

David Westerman
c/o Westerman
2901 Las Vegas Blvd. South
Las Vegas, NV 89109

Dean T. Musillo
8501 W. University
#2131
Las Vegas, NV 89147

Deborah L. Mumford
370 Penny View Ct.
North Las Vegas, NV 89032

Deby McCoy
906 Crowfoot Circle
Henderson, NV 89014

Dee A. Starr
6258 Mt. McKinley
Las Vegas, NV 89156-5852

Denise M. Tittle
8637 Freeport Lane
Las Vegas, NV 89117

Dennis G. Basset
1712 Rambla Court
Las Vegas, NV 89102

Dennis R. Stokke
350 E. Desert Inn Rd.
D106
Las Vegas, NV 89109-9004

Derek D. Schaefer &
Michael Schaefer JT Ten
3930 Swenson, #105
Las Vegas, NV 89119-7269

Diana G. Zamora
8000 W. Spring Mtn. Rd.
# 115
Las Vegas, NV 89117

Diana Garbutt
PO Box 11396
Chandler, AZ 85248-0007

Diane Snyder
3218 Dublin St.
New Orleans, LA 70118

Diann McClurkin
241 E. Chapparal Dr.
Henderson, NV 89015

Dodd M. Hanneman
11850  Sylvia Dr.
North Glen, CO 80233

Donald J. Morrissey
8501 W. University Ave.
#2131
Las Vegas, NV 89147

Donna Morgan
2796 Zion Street
Aurora, CO 80011

Donna Westerman
c/o Westerman
2901 Las Vegas Blvd. South
Las Vegas, NV 89109

Doren L. Leonard
5517 Fire Island Dr.
Las Vegas, NV 89120-1949

Douglas A. Bitters
1760 Clearwater Canyon Dr
Henderson, NV 89012

Douglas A. Poppa
2746 Woodbine Ave.
Henderson, NV 89074

Douglas C. Hardy
9871 Silver Dew Street
Las Vegas, NV 89183

Earl J. Culverson
417 Vandalia St
Las Vegas, NV 89106

Ed Coffey
97 Callaway Circle
Henderson, NV 89074-7200

Eddie K. Lund
2101 S. Decatur 15-137
Las Vegas, NV 89102

Eddy Toirac
875 Offerman Ave.
Las Vegas, NV 89123-3166

Edna R. Castillo
2204 Kernwood Street
Henderson, NV 89002

Edwin P. Tomkies
3628 Lost Hills Dr.
Las Vegas, NV 89122-4006

Ella Mae Toney
850 Hart St.
Las Vegas, NV 89106-2306

Emily Solomon
229 Wellspring Court
Las Vegas, NV 89123

Eric Chong
C/O Sam Chong
1733 Wondering Winds Way
Las Vegas, NV 89128

Eric Forsstrom
818 Cornerstone Place
North Las Vegas, NV 89031

Eric Yeager
4213 Garden Pl.
Las Vegas, NV 89107-4124

Erica Forsstrom
818 Cornerstone Place
North Las Vegas, NV 89031

Erin L. Vandemark
6868 Sky Pointe Dr.
# 2042
Las Vegas, NV 89131

Emrico A. Ciccarelli
11009 Summer Quail Ave
Las Vegas, NV 89144

Ernst & Young
Attn:  Teresa Dieguez
3800 Howard Hughes Parkway, Suite 1450
Las Vegas, NV 89169

Ernst & Young
Attn:  Tom La Placa
3800 Howard Hughes Parkway, Suite 1450
Las Vegas, NV 89169

Esperanza Vargas
5175 Rappahanock St.
Las Vegas, NV 89122

Eugene Hagaman
740 Louis Dr.
Central City, CO 80427

Eugene N. Bartholomew
113 Zia
Las Vegas, NV 89145-5341

Eugene Pasieka
c/o Joshua R. Harris, Esq.
Richard Harris Law Firm
801 S. Fourth Street
Las Vegas, NV 89101

Eugene Plaid
4919 Elaina
Las Vegas, NV 89120-1706

Evelyn H. Medina
PO Box 883
Idaho Springs, CO 80452

Fidel Grijalva
6728 W. Greengrove
Las Vegas, NV 89103-4229

Flori Lynn Wentzell
229 Wellspring Court
Las Vegas, NV 89123

Frances Lyman
2277 Reno
Las Vegas, NV 89119-2237

Francisco Espinoza
c/o Ikenna Odunze, Esq.
Rosenfeld Roberson
6725 Via Austi Parkway
Las Vegas, NV 89119

Frank Deletto
465 Vie Stretto Ave
Henderson, NV 89015

Frank Fama Jr.
835 N 19th
Las Vegas, NV 89101-2203

Fred E. Trenton
3124 S. Wheeling Way
# 306
Aurora, CO 80014-3642

Frederick H. Brooks
3540 W. Sahara # E6
Las Vegas, NV 89102

Gary C. Oresik
8908 Pesaro Dr.
Las Vegas, NV 89117

Gary F. Snover &
Lola E. Snover Jt Ten
5594 Electric Ave.
San Bernardino, CA 92407-2713

Gary K. Meredith
212 Lawrence
Central City, CO 80427

Gary Meador
1009 Sahara Way
Las Vegas, NV 89108-1061

Geoff S. Robinson
10286 Purple Primrose Dr.
Las Vegas, NV 89147

Georgia Blalark
100 Dahlia Ln
Las Vegas, NV 89107-2303

Gilda V. Mitchell
7455 Kendall St.
Arvada, CO 80003

Gina M. Morre
5801 W. Lake Mead
#2054
Las Vegas, NV 89108

Global Resources
Attn:  Cindy Brinker
3763 Howard Hughes Parkway, Suite 140
Las Vegas, NV 89169

Grace Trait
c/o Westerman
2901 Las Vegas Blvd. South
Las Vegas, NV 89109

Guillermina Torres
5383 Regal Ave.
Las Vegas, NV 89102

Harrison Solomon
229 Wellspring Court
Las Vegas, NV 89123

Harry C. Rooplal
6010 Kitamaya St.
North Las Vegas, NV 89031

Harry T. Drake
8334 W. Rochelle Ave
Las Vegas, NV 89147-6105

Haseeb R. Shaikh
7185 Bridgeview Ave.
Las Vegas, NV 89147

Helen Atkins
1700 Kassabian
Las Vegas, NV 89104-3719

Helen K. Clarkson
2401 N. Bruce
N. Las Vegas, NV 89030

Helen M. Kennedy
1828 Helen St.
N. Las Vegas, NV 89030

Helen Westerman
c/o Westerman
2901 Las Vegas Blvd. South
Las Vegas, NV 89109

Henry Jones Jr.
420 Duchess St.
N. Las Vegas, NV 89030-3859

Hilda Brown
4547 El Como
Las Vegas, NV 89121-6635

Houldsworth Russo
Attn:  Dianna Russo
170 N. Stephanie, Suite 110
Henderson, NV 89074

Hubert A. Seale
7175 South Vine Circle W.
Centennial, CO 80122

Humberto Esparza
5311 Treasure Ave
Las Vegas, NV 89122-5313

In Touch
Attn:  Peter Lilienthal
3100 West Lake Street, Suite 430
Minneapolis, MN 55416

Ina M. Williams
4605 Concord Village Dr.
Las Vegas, NV 89108

IntraLinks
Attn:  Jim McClurkin
6625 Curlew Terrace
Carlsbad, CA 92011

J. B. Davidson
812 Barlett
North Las Vegas, NV 89030-5603

James Cornell Jr.
PO Box 4
Empire, CO 80438

James D. Carrabis
8301 Boseck Apt 241
Las Vegas, NV 89145

James L. Contreras
9590 Antelope Bend Ct
Las Vegas, NV 89148

James N .Land Jr.
4 Woodcrest Dr.
Morristown, NJ 07960-4531

James R. McDonald
8530 Del Webb Blvd.
#207
Las Vegas, NV 89134

James R. Turmell
1655 E. Sahara Ave.
# 2085
Las Vegas, NV 89104

James Vasquez
PO Box 60305
Las Vegas, NV 89160

James Wroten
1324 Robin St.
Las Vegas, NV 89106-1951

Jamie L. Schlener
306 E. 109th Ave.
Northglenn, CO 80233

Jan Brewer
7075 Berkshire Place
Las Vegas, NV 89147

Jane A. Macuga, Executor
Estate of Charles e. Macuga
15728 Sandalhaven Dr.
Cleveland, OH 44130-3576

Janice C. Paluzzi
4201 Scott Peak Ct.
Las Vegas, NV 89129

Jaqueline M. Paul
1512 Macdonald Ranch Dr.
Henderson, NV 89012-7249

Jasmin Shaw
8953 Viking Rd.
Las Vegas, NV 89117

Jeffrey C. Targon
1001 Padre Island
Las Vegas, NV 89128

Jeffrey T. Snyder
Box 591
Empire, CO 80438

Jenai A. Frederick
1861 Karlann Dr
Golden, CO 80403

Jennifer L. Frye
C/O Jon Pitts

Jerry Engel
700 Pont Chartrain Dr
Las Vegas, NV 89145

Jerry L. Esterbrook
2005 Los Altos
Las Vegas, NV 89102-3723

Jesse G. Hernandez Jr.
6300 W. Tropicana #168
Las Vegas, NV 89103-4421

Jesse Holder
c/o Mark Kulla, Esq.
Spiltro & Kulla, Chtd.
626 South Third Street
Las Vegas, NV 89101

Jessie B. Lawson
941 W. Carey
N. Las Vegas, NV 89030

Jessie L. Humphrey
405 Holland Ave.
Las Vegas, NV 89106-2630

Jessie Richardson
2040 Englestead
North Las Vegas, NV 89030-4027

Jesus P. Martinez
23321 Cedar Way
Building J
Mountainlake Terrace, WA 98043-4973

Jim Milford
6672 Copperwood Circle
San Jose, CA 95120

Joe R. Mayer
PO Box 46021
Las Vegas, NV 89114

John A. Maskal
262 May St.
Buffalo, NY 14211-2449

John Belpasso
832 Quicksand Lane
N. Las Vegas, NV 89030

John Bourgon
6107 Jutland Ave
Henderson, NV 89122

John C. Franzoi
4135 Gibraltar Street
Las Vegas, NV 89121-6408

John J. Cardoza
1513 E. Mc Williams Ave
Las Vegas, NV 89101

John J. Lioce Jr.
2025 Grafton Ave.
Henderson, NV 89074

John J. Stiennon
2291 W. Horizon Ridge Pkwy.
Henderson, NV 89052

John Michael Dibetta
C/O Julie Dibetta
2817 Crystal Cove Drive
Las Vegas, NV 89117

John Westerman
c/o Westerman
2901 Las Vegas Blvd. South
Las Vegas, NV 89109

Johnny R. Davidson
1420 Dogwood St
North Las Vegas, NV 89030-5203

Jon Pitts
1701 East Bracken Avenue
Las Vegas, NV 89104-3833

Jonathan A. Pitts
c/o Jon Pitts
2108 Monterey Ave.
Las Vegas, NV 89104

Jordan Beeman
299 Wellspring Court
Las Vegas, NV 89123

Jordan Hern
818 Cornerstone Place
N. Las Vegas, NV 89031

Jose L. Reyes
940 Monika Way
Las Vegas, NV 89119-1362

Joseph A. Lopez
264 Coyote Circle
Black Hawk, CO 80403

Joshua A. Pietsch
PO Box 147
Black Hawk, CO 80422

JP Trait
c/o Westerman
2901Las Vegas Blvd. So
Las Vegas, NV 89109

Juan Abarca
5435 Conville Pl.
Las Vegas, NV 89120

Juan J. Herce
3694 Olive St.
Las Vegas, NV 89104-4650

Juanita F. Warren
2675 S. Nellis N
# 1150
Las Vegas, NV 89121-7718

Judith M. Freeman
2458 S Victor St # D
Aurora, CO 80014

Judy C Iancino
15290 W. 44th Ave.
Golden, CO 80403

Julia Solomon
229 Wellspring Court
Las Vegas, NV 89123

Julie Ann Wishon
10528 Cazaba Court
Las Vegas, NV 89144

Julie Bostwick
C/O Westerman
Las Vegas, NV 89109

Julie Dibetta
2817 Crystal Cove Drive
Las Vegas, NV 89117-2248

Justin B. Walmsley
1350 Grant St., # 828
Denver, CO 80203

Kalee E. Brister
5450 S. Fort Apache Rd # 224
Las Vegas, NV 89148

Karen F. Goodenough
6427 Welch St
Arvada, CO 80004

Kathlee Serridge-Fahr
1554 Dallas Terrace
Henderson, NV 89014

Kathleen L. Greene
6794 Welch Ct
Arvada, CO 80004

Kathryn Bostwick
C/O Westerman
Las Vegas, NV 89109

Kelly Westerman
c/o Westerman
2901 Las Vegas Blvd. South
Las Vegas, NV 89109

Kenneth R. Stewart
4404 Buckeye Ave.
Las Vegas, NV 89102

Kevin Forsstrom
818 Cornerstone Place
North Las Vegas, NV 89031

Kevin Westerman
c/o Westerman
2901 Las Vegas Blvd. South
Las Vegas, NV 89109

Krik Webb
596 Mountain Meadows Dr.
Golden, CO 80403

Krista L. Kaplan
118 Water Hazard Lane
Las Vegas, NV 89148

Kyle Beerden
8728 Cypresswood Ave
Las Vegas, NV 89134

La Cretia Evans
10390 Bolting Cloud Dr
Las Vegas, NV 89178

Lana Kosinski
c/o David Kosinski
5672 West Twain Ave.
Las Vegas, NV 89103

Las Vegas Philharmonic
Silent Auction
3271 S. Highland Dr. #702
Las Vegas, NV 89109-1051

Laura J. MacPherson
9517 Cedar Heights Ave.
Las Vegas, NV 89134

Laura L. Zischke
4363 Fresno Dr.
Las Vegas, NV 89120

Laurie J. Di Grandi
8452 Boseck Drive # 261
Las Vegas, NV 89145

Laurie Kosinski
c/o David Kosinski
5672 West Twain Ave.
Las Vegas, NV 89103

Les Westerman
c/o Westerman
2901 Las Vegas Blvd. South
Las Vegas, NV 89109

Leslie A. Soto
7869 Territorial Street
Las Vegas, NV 89149

Lezada Gholston
2727 Andrew Cir
N Las Vegas, NV 89032-3604

Lillie R. Fort
PO Box 30483
Las Vegas, NV 89103

Linda L. Mead
2901 Benton St.
Denver, CO 80214

Lisa Bedell
C/O Sam Chong
1733 Wondering Winds Way
Las Vegas, NV 89128

Lisa Kosinski
c/o David Kosinski
5672 West Twain Ave.
Las Vegas, NV 89103

Lloyd Wentzell IV
229 Wellspring Court
Las Vegas, NV 89123

Llyod Wentzell
229 Wellspring Court
Las Vegas, NV 89123-3531

Llyod Wentzell III
229 Wellspring Court
Las Vegas, NV 89123

Lori Byrd
8808 Canyon Rim Way 201
Las Vegas, NV 89117

Lorna A. Fisher
1060 S Newton St
Denver, CO 80214

Lorraine Fraga-Reynolds
102 Orland St.
# 6
Las Vegas, NV 89107

Lorraine Kenney
1409 Ferguson
N. Las Vegas, NV 89030-5387

Lorraine Mongiello
83 Myrtle Beach Drive
Henderson, NV 89014

Lorraine Rhodes
2708 Castle
North Las Vegas, NV 89030-3830

Louise Thompson
2724 Armor Circle
North Las Vegas, NV 89030-3825

Luara Bostwick
C/O Westerman
2901 Las Vegas Blvd South
Las Vegas, NV 89109

Luara R. Garcia
39 Belle Springs Ave
Las Vegas, NV 89123

Lucinda A. Makela
P.O. Box 54
Rollinsville, CO 80474

Lucinda L. Montiel
2121-C Willowbury Drive
Las Vegas, NV 89108

Lucy Bostwick
C/O Westerman
2901 Las Vegas Blvd South
Las Vegas, NV 89109

Luis R. Hernandez
5410 Black Rock Way
Las Vegas, NV 89110-3705

Lynn Clark-Javanmard
10968 Lampione St.
Las Vegas, NV 89141

Mac M. Inouye
2171 S. Newark Way
Aurora, CO 80014-1167

Malaythong Sayarath
4509 Prince Cary Court
Las Vegas, NV 89110

Marci Wentzell
229 Wellspring Court
Las Vegas, NV 89123

Marcia Cowell
2171 S. Humboldt St
Denver, CO 80210

Margaret  C. O'Driscoll
5125 W. Reno Ave.
#1095
Las Vegas, NV 89118

Margaret A. Edwards
5809 Peiter Ave
Las Vegas, NV 89108-3124

Margaret F. Lozier
Box 1843
Warren, OH 44482-1843

Margaret Westerman
c/o Westerman
2901 Las Vegas Blvd. South
Las Vegas, NV 89109

Margaret Wolatz
5031 Bevvie
Las Vegas, NV 89108

Maria L. Ruiz
2221 Kirk Ave.
Las Vegas, NV 89101

Marie R. Green
1100 Wyatt
Las Vegas, NV 89106

Marilyn A. Young
3900 Ivyhill Ave.
Las Vegas, NV 89121

Marilyn M. Tamashiro
6293 Sledgehammer Ct.
Las Vegas, NV 89081

Marina S. Puerto
7100 W. Alexander Rd.
# 1107
Las Vegas, NV 89129

Mark S. Talarico
317 View Dr.
Las Vegas, NV 89107

Marshall Wolf
Box 566
Church Street Station
New York, NY 10008

Marshall Wolf
Box 566
Church Street Station
New York, NY 10008-0566

Martha A. Castillo
6152 Browning Way
Las Vegas, NV 89130

Martha Harvey
716 Sir James Bridge Way
Las Vegas, NV 89145

Marvin S. Temes
8838 Dove Cove Drive
Las Vegas, NV 89129-6330

Mary Elizabeth Westerman
c/o Westerman
2901 Las Vegas Blvd. South
Las Vegas, NV 89109

Mary L. Deza
9901 Trailwood # 2097
Las Vegas, NV 89134

Matthew De La Cruz
7549 Maycrest Circle
Las Vegas, NV 89128

Mattie M. Hughes
2804 Nobility Ave.
N. Las Vegas, NV 89032-4838

Maura Westerman
c/o Westerman
2901 Las Vegas Blvd. South
Las Vegas, NV 89109

Maurice H. Sinnett
2441 Wrangler Walsh Ln.
Henderson, NV 89002

Maxine Molinsky
136 Kachina Drive
Henderson, NV 89074

Meeting Bridge
15334 Collections Ctr Dr
Chicago, IL 60693

Mel G. Meadows
7313 Bush Garden
Las Vegas, NV 89129

Melanie J. Nelson
PO Box 1631
Logandale, NV 89021

Merrlyn A. Vivion
5424 Comchec Way
Unit 105
Las Vegas, NV 89108-3558

Michael A. Arnold
813 Antigua st
Las Vegas, NV 89145-6157

Michael Hicks
2575 Horizon Ridge Pkwy. #261
Henderson, NV 89052

Michael J. Burke
1046 Oak Shade
Henderson, NV 89015

Michael J. Franzoi
C/O John C Franzoi
4135 Gibraltar
Las Vegas, NV 89121

Michael J. Vervan
3905 Cool Meadows Dr.
Las Vegas, NV 89129

Michael K. Trachbrodt
3117 Hwy 46
Golden, CO 80403

Michael Olson
5518 Palomino Way
Frederick, CO 80504

Michael Price
613 Evening Breeze Lane
Las Vegas, NV 89107-4326

Michael R. Cramer
519 Dutchman
Henderson, NV 89015

Michael Wicker
8784 Ashley Park Ave.
Las Vegas, NV 89148

Michele D. Robinson
3731 Cannon Ave.
Las Vegas, NV 89121

Milton I Schwartz Hebrew Academy
9700 Hillpointe Road
Las Vegas, NV 89134-0100

Miner's Mesa Development LLC
Attn: Roger Pomainville
655 Fourth Ave.
Longmont, CO 80501-5401

Mitchell Wegryn
5932 Quail Ave. W.
Las Vegas, NV 89118-2708

Myron D. Flower
300 Duke Ave
North Las Vegas, NV 89030-3836

Myrtle L. Cooper
3116 Riverside Dr
Las Vegas, NV 89108-1057

Nacole K. Soliday
6898 Newman St.
Arvada, CO 80004

Nancy R. Serna
6717 Cabra Circle
Las Vegas, NV 89107-2422

Neil J. Hull
6128 Routt Ct.
Arvada, CO 80004

Nestor W. Guan
500 Thrush Dr
Las Vegas, NV 89145

Nicholas Polcino Jr.
1886 W. Denver Court
# 925
Lakewood, CO 80401

Nicole R. Bechtle
PO Box 235
Idaho Springs, CO 80452

Nicole Y Ramirez
7450 S. Eastern Ave.
# 1100
Las Vegas, NV 89123

Norma Cummings
c/o David M. Moore, Esq.
Bernstein & Associates
500 S. Fourth Street
Las Vegas, NV 89101

Norma H. Gillett
5810 Vecinos Lane
Las Vegas, NV 89110

Olivia Bedell
C/O Sam Chong
1733 Wondering Winds Way
Las Vegas, NV 89128

Olshan Grudman Frome Rosenzweig
& Wolosky
Attn:  Adam Finerman
Park Ave Tower, 65 E 55th Street
New York, NY 10022

Pamela Anne Blount &
Brian Wade Blount JT Ten
9040 Posey Dr
Whitmore Lake, MI 48189-9466

Pamela J. Catalano
13387 W. 22nd Place
Golden, CO 80401

Pandora L. Kono
8457 Pacific Spring Ave.
Las Vegas, NV 89117

Patricia Bowen
1930 Village Center Circle #3-187
Las Vegas, NV 89169

Patricia Huff
4111 Amberdale Ave.
N. Las Vegas, NV 89031

Patricia L. Poling
3562 Ruth Drive
Las Vegas, NV 89121

Patricia R. Ambrouso
8020 Cimarron Ridge Dr. #101
Las Vegas, NV 89128

Patrick Trait
c/o Westerman
2901 Las Vegas Blvd. South
Las Vegas, NV 89109

Paul B. Johnson
P.O. Box 94
Central City, CO 80427

Paul Harvey
116 Hidden Hills Drive
Madison, MS 39110-8800

Paul Kiros
464 Annapolis Circle
Henderson, NV 89015

Peggy E. Moore
8652 Kendall Ct.
Arvada, CO 80003

Penkhea Johnson
720 Marion Dr.
Las Vegas, NV 89110

Pepe Rodriguez
5912 Velma Ave.
Las Vegas, NV 89108-2480

Perry J. Albert
6295 La Alama Pkwy
Las Vegas, NV 89118

Pete Bostwick
C/O Westerman
2901 Las Vegas Blvd South
Las Vegas, NV 89109

Peter P. Wu
1392 European Dr.
Henderson, NV 89052-4021

Pink OTC Markets
Attn:  John Kallop
Issuer Services 304 Hudson St., 2nd Floo
New York, NY 10013

Principal Financial Group/
Life Insurance Company
Attn: Melissa Amaon
711 High Street
Des Moines, IA 50392

Rahn A. Thomsen
387 Polaris Pl.
Thornton, CO 80260

Rebeckah M. Bland
5995 Hampden Ave # B13
Denver, CO 80227

Reina T. Fua
4996 Secret Rock St
Las Vegas, NV 89122

Renate M. Dancer
217 Dogwood
Henderson, NV 89015-5712

Rene Ayala Gomez
919 N 1st St Apt A
Las Vegas, NV 89101

Renee J. O'Neill
7844 Meandering Light Ave.
Las Vegas, NV 89131

Richard Baumes
4512 Stacey Ave
Las Vegas, NV 89108

Richard Gutierrez
10726 Barview House Ave.
Las Vegas, NV 89166

Richard J. Assenzio
9025 W Desert Inn # 189 BLDG
Las Vegas, NV 89177

Richard Rodriguez
6176 Rocky Top Ave.
Las Vegas, NV 89110

Richard Wells
612 Cowboy Cross
North Las Vegas, NV 89081

Risk Management
Attn:  Steve Kawa
4170 S. Decatur Blvd., Suite C-5
Las Vegas, NV 89103

Riviera Black Hawk, Inc.
444 Main Street
Black Hawk, CO 80422

Riviera Holdings Corporation
Treasury Account
2901 Las Vegas Blvd. S.
Las Vegas, NV 89109-1933

Riviera Operating Corporation
2901 Las Vegas Blvd. So.
Las Vegas, NV 89109

Robert A. Drew
3506 Campbell Rd
Las Vegas, NV 89129

Robert Beeman
299 Wellspring Court
Las Vegas, NV 89123

Robert C Ide
P.O. Box 1595
Casper, WY 82602-1595

Robert E. Romero
3321 Durham Ave.
Las Vegas, NV 89101

Robert H. Dougherty
6917 Cortez Ct
Las Vegas, NV 89145

Robert J. Fuller
13272 W 65th Pl
Arvada, CO 80004

Robert King
1204 Eleanor Ave.
Las Vegas, NV 89106-2437

Robert N. Walker
8355 W. Torino
Las Vegas, NV 89113

Roby Langston
2820 Fort Sumter
N. Las Vegas, NV 89030-5202

Rochelle Vann
2600 Arville
# B-18
Las Vegas, NV 89102

Rodney Killiam
800 Monticello Dr.
Las Vegas, NV 89107-3777

Rodney P. Callanan
1736 E. Charleston BLVD 372
Las Vegas, NV 89104

Ron DeMarco
c/o Rosemary Orsini, Esq.
Burg Simpson Eldredge Hersh & Jardine
40 Inverness Dr. East
Englewood, CO 80112

Ron R. Braning
PO Box 255
Las Vegas, NV 80422

Ronald Kosinski
c/o David Kosinski
5672 West Twain Ave.
Las Vegas, NV 89103

Rosalie M. Woernley
1624 S. Palm St.
# 197
Las Vegas, NV 89104

Rose M. Dottore
5105 Midnight Oil Dr
Las Vegas, NV 89122

Rosemarie Rodriguez Trustee of
The Rodriguez Family Trust
6176 Rocky Top Ave.
Las Vegas, NV 89110

Ryan R. Karpilo
797 Camp Eden Rd.
Golden, CO 80403

Sam K. Lim-Starkey
1717 Mora Lane
Las Vegas, NV 89102-2040

Samir I. Sayegh
2240 Armacost Dr.
Henderson, NV 89074

Sammy Chong
1733 Wondering Winds Way
Las Vegas, NV 89128

Sandra L. Folkerts
3745 Konica Ct
Las Vegas, NV 89129

Saundra Sample
4200 Paradise Rd.
# 3079
Las Vegas, NV 89169

Scott E. Spencer
Box 61203
Fairbanks, AK 99706-1203

Scott Routsong
5292 S. Maryland Pkwy.
# 111
Las Vegas, NV 89119

Sephanie Brandenburg
841 Angelus Oaks Dr
Black Hawk, CO 89015

Shao X Mai
9208 Desert Heat Ave.
Las Vegas, NV 89178

Sheila A. White
4445 Topaz St.
Las Vegas, NV 89121

Sheila S. Pappas
521 Junebug Place
Henderson, NV 89015

Shirley A. Niblett
3665 Katmai Dr.
Las Vegas, NV 89122-4036

Shirley Gonzales
2007 Van Patten Pl
Las Vegas, NV 89104-2716

Shirley R. Coleman
2324 Grand Prize Av
Henderson, NV 89032-3579

Shirley St. Cyr
2432 West 82nd place # E
Westminster, CO 80031

Sonja I. Swenson
4444 Midway Lane
Las Vegas, NV 89108-5737

Sonja R. May
7009 Green Ripple Lane
Las Vegas, NV 89156

Stacey Armstrong-Harris
2724 Moon Wave Ave.
N. Las Vegas, NV 89031

Standard & Poor's
Attn:  Darrell Stone
55 Water Street, 34th Floor
New York, NY 10041

Stanely E. Lindo Jr.
1621 Wildwood Dr.
Las Vegas, NV 89108

Stephen Dahm
7994 Chase Cir # 17
Arvada, CO 80003

Stephen J. Haberkorn Tr
U/A 10/35/95
4132 S.Rainbow Blvd., Ste. 570
Las Vegas, NV 89103-3106

Stephen Roche
3709 Taylor
North Las Vegas, NV 89030-2114

Steve E. Gibson
1006 Plantation Rd
Anderson, SC 29621-7136

Steve J. Brown
256 Colleen Dr
Las Vegas, NV 89107

Steve Mitchell
4456 Bramblewood St.
Las Vegas, NV 89147-4723

Steve Sohng
954 Single Tree Dr.
Las Vegas, NV 89123

Steven D. Tlockowski
6308 Hobart Ave.
Las Vegas, NV 89107

Steven T. Newby
Accommodation Account
12716 Split Creek Court
North Potomac, MD 20878-5900

Susan A. Mohoney
5800 Churchill St.
Las Vegas, NV 89107

Susan A. Noall
7872 Heather Glen Court
Las Vegas, NV 89123

Susan Taylor
5091 San Rafael Ave.
Las Vegas, NV 89122-6821

Suzanne Swanson
1804 S. 6th Street
Las Vegas, NV 89104-2839

T Zach Bruce &
Jo Ann Bruce JT Ten
Mt. Sterling, KY 40353-9387

Tanya K. Adair
9975 Peace Way #1138
Las Vegas, NV 89147

Temple Beth Sholom
10700 Havenwood Lane
Las Vegas, NV 89135-2214

Terence R. Watts Special Acct.
1417 North Astor Street
Milwaukee, WI 53202-2844

Teresa D. Reynolds
8119 Pinnacle Peak Ave.
Las Vegas, NV 89113

Teresa G. Brunnings
5425 Kendrick Ct
Golden, CO 80403

Teresa M. McKillip
3508 Terraza Mar Ave.
Las Vegas, NV 89081

The William L. Westerman Family Trust
c/o William L. Westerman
2901 Las Vegas Blvd.
Las Vegas, NV 89109-1933

Thelma M. Frye-Pitts
C/O Jon Pitts

Theresa C. Madsen
10289 Queens Church Ave.
Las Vegas, NV 89135

Thomas Freidhof
3751 S Nellis Blvd 72
Las Vegas, NV 89121-3114

Thomas G. Sanchez
21 Hacker Dr.
Golden, CO 80403

Thomas J. Poland
109 N. Pinecrest Rd.
Payson, AZ 85541-6210

Tiana N. Williams
9050 W. Warm Springs Rd.
# 2180
Las Vegas, NV 89148

Tiburcio Ceballos
2812 Samantha Ct
North Las Vegas, NV 89030-4414

Tim J. Adair
1770 Clear River Falls Lane
Henderson, NV 80122

Timothy C. Wilbur
7775 Sunrise Knoll
Las Vegas, NV 89113

Timothy J. Steenson
9847 Castle Ridge Circle
Highlands Ranch, CO 80129

Timothy Klan
4969 Wattsburg Rd.
Erie, PA 16504-2745

Tom R. Cravens
1879 Denver West Blvd
Golden, CO 80401

Tommy Martinez
6161 Bronco Loco Ct.
Las Vegas, NV 89108-3881

Toni L. Goldsmith
199 Pocono Manor Ct
Las Vegas, NV 89148

Tonya E. Miller
3610 W. Radcliff Ave.
Denver, CO 80236

Traci Chong
C/O Sam Chong
1733 Wondering Winds Way
Las Vegas, NV 89128

Translaci Lopez
1508 New Berry Court
Las Vegas, NV 89110-1124

Tullio Marchionne
2901 Las Vegas Blvd. South
Las Vegas, NV 89145-4812

US Foods
Attn:  Bret Banato
1685 W. Cheyenne Avenue
N. Las Vegas, NV 89032

Valerie A. Smith
44 Dry Golch
Hansen, ID 83334

Valerie Steele-Diesko
9017 Tublewood Ave
Las Vegas, NV 89143

Velma Y. Sevilla
1565 Pimlico Hills St.
Henderson, NV 89014

Vincent Divito
392 Dolphin Lane
West Babylon, NY 11704-8503

Vito Jawel
5816 Velma Ave.
Las Vegas, NV 89108

Walter R McCollom Jr. &
Catherine J McCollom Jt Ten
5409 Johnson Ave.
Western Springs, IL 60558-1950

Wanda Lucas
4511 El Oro
Las Vegas, NV 89121-6943

Warren Morosoff &
Sheila R. Morosoff JT Ten
20037 N. 17th Drive
Phoenix, AZ 85027-4236

Wayne E. Matherly
117 Kola St.
Henderson, NV 89015

Wells Fargo Investments
FBO Pablo S. Rodda IRA
3800 Howard Hughes Pkwy., #200
Las Vegas, NV 89109-0919

William Bates
3413 Adventure Court
Las Vegas, NV 89129

William Dorin Fried Tr

William E. Hartwell
15 E Agate Ave. # 309
Las Vegas, NV 89123

William E. Osborn & Jacqueline Osborn
TR UA Osborn Family Trust
3032 Hidden Treasure Dr.
Las Vegas, NV 89134-8562

William E. Tobin Jr.
8985 S. Durango Drive
Unit 11
Las Vegas, NV 89113

William Hartwell
15 E Agate Ave. # 309
Las Vegas, NV 89123

William Verducci
4810 Walteta Way
Las Vegas, NV 89119

William Westerman
2901 Las Vegas Blvd.
Las Vegas, NV 89109-1933

William Westerman II
c/o Westerman
2901 Las Vegas Blvd. South
Las Vegas, NV 89109

Wilma L. Gray
2016 Emerald Green Ave
Las Vegas, NV 89106-1835

Yvonne D. Hillier
4412 Misty Breeze Circle
N. Las Vegas, NV 89031

Zachary B. Tawresey
10929 Bandol Pl.
Las Vegas, NV 89141

Zachary N. Peterson
9647 W. 70th Place
Arvada, CO 80004