Riviera Holdings Corp

10-22910

1

RECEIVED AND FILED

DEC 17 2010

U.S. BANKRUPTCY COURT
MARY. SCHOTT, CLERK

**According to:**
**DEBTORS' SECOND OMNIBUS OBJECTION TO CERTAIN UNLIQUIDATED PROOFS OF CLAIM FILED BY PERSONAL INJURY CLAIMANTS PURSUANT TO 11 U.S.C. & 502 AND FED. R. BANKR. P. 3007(d)(5) my claim is being deemed disallowed or disputed.**

I have received a "Proof of Claim" form from Gordon Silver on behalf of Riviera Holdings Corporation, to which I did not contact Gordon Silver in any way before receiving this "Proof of Claim" form. The above noted bankruptcy filing says, "The Claims Are Properly Disallowed Because The Claimants Have Failed To Satisfy Their Burden Of Establishing *Prima Facie* Evidence Of The Validity And Amount Of Their Claims." With that being said by the courts, I do not believe that is true. Gordon Silver has sent me a "Proof of Claim" form because Riviera Holdings Corporation was properly notified of the request for remedy by Nevada Equal Rights Commission with a remedy form, a Charge of Public Accommodation Discrimination form, and the information involved in the case. This is the reason that Gordon Silver sent me the "Proof of Claim" form, as I have not had any contact with them before I received the form. The court is saying that I did not properly establish *prima facie* evidence of the validity and amount of my claim, however, that is untrue as Riviera Holdings Corporation had the forms and information before the "Proof of Claim" form was sent to me. In either case that the information was not properly submitted to the bankruptcy court, I am sending this response to the bankruptcy court in response to the objection. I do not believe my claim should be disallowed or disputed and I believe I am rightfully allowed to submit my claim and receive the right remedy.

To whom it may concern,

    Taking a vacation is fun and building memories is the key to being able to remember forever.  Every vacation may have a flaw or some issues may occur during the trip; however, the problems that occurred while we were on our trip started as minor problems that could easily be fixed by an upper management member and then it escalated to a terror-filled nightmare that no one can change.  I hope and pray that no one else has to ever experience the horrific encounters as we have.  Ms. Balasbas and I, have never been through anything more horrifying or disturbing in our lives.  We have been humiliated, discriminated against, and our privacy was violated.  We were paraded around like criminals, harassed, cursed at, and almost assaulted.  We feel that there is no respect from the hostile employees at the Riviera and there are more problems to come due to the hazardous situations Riviera puts its customers into.  After we were harassed, accused of parting in illegal activities, and discriminated against; all we were asking the security management was to fix the situation and help us.  We were guests of the hotel.  We were calling for management to get some help.  Instead we were harassed, threatened, intimidated, humiliated, and defamatory words and discriminatory words were used against us.  We needed help!  We came to Las Vegas to celebrate love, life, and my partners birthday.  We did not come to Las Vegas to be belittled.  I almost lost my partner of six years after a painful and life threatening hospital stay in the Intensive Care Unit, Rehabilitation, and I was devastated.  When she finally came to, we decided that we were going to get

Domestic Partnership, to which in our luck Nevada supports this. The week we arrived we picked up our papers from the Secretary of State. My partner celebrated her 23rd birthday, which we had no idea she would live to see this day during her near death experience. We were very hurt and disappointed that the day before Valentine's day we would have to be removed from our hotel because of a security officers misconceptions. We were celebrating our non-traditional "marriage" the week we were staying in Las Vegas, and all of that came down to a teary end because of the tragedy we were put in. I hope and pray this never happens to anyone ever again; next time it may be worse. My "wedding" day, my partners birthday celebration and life celebration was ruined. I do not understand why the security decided to treat us this way, but, I believe we deserve restitution and justice must be served. My partner came on this vacation with a disability, the security officers disregarded that. Also, we were discriminated by our color, our gender, race, sex, sexual orientation, age, and class. Justice must be served. If we cannot come to an agreement, I believe there are other legal ways to settle this matter.

Respectfully,

Ashley-Ann Fernandez

*[signature]*



**SECRETARY OF STATE**

Certificate Number: 001592

This is to certify that

# ASHLEY-ANN P. FERNANDEZ

and

# BROOKE K. BALASBAS

In accordance with Nevada Revised Statutes Chapter 122A are registered as

# DOMESTIC PARTNERS
# IN THE STATE OF NEVADA



IN WITNESS WHEREOF, I have hereunto
set my hand and affixed the Great Seal of State,
at my office on 2/3/2010

ROSS MILLER
Secretary of State

Furthermore, I attest that I do not do any illicit drugs. I do not partake in any illegal and unethical activities. I am a responsible and respectable adult in my community. I am a parent that cares about the well-being of my child and I would never put my child in any danger. If the court would like to obtain DNA through blood samples, hair follicle tests, urinary test, or skin tests; I am willing and ready to accept the task at hand. If blood tests are needed from prior to this incident, I am an active blood donor at Hawaii Blood Bank which screen for drugs, and my clinical lab may have some samples available from previous tests done for medical conditions I am being treated for. I have offered The Riviera Hotel and Casino staff to have me tested for illicit drug usage and I was denied. I am willing and ready to be tested as I was before because I have not used drugs at the time, nor do I do drugs now. I am disappointed and disgusted that we must take this route to see justice be served.

Respectfully,

Ashley-Ann Fernandez

*Ashley-Ann Fernandez* 11/24/2010

**Date and time of events that occurred while in Las Vegas during this vacation: We have recorded time and date information of our whereabouts through receipts, tickets and phone records that were accumulated in Las Vegas.**

- Feb. 9, 2010 @ 10:15p.m: Left Hawaii for Las Vegas
- Feb. 10, 2010 @ 7:31a.m: arrived in Salt Lake City Utah
- Feb. 10, 2010 @ 9:18a.m: arrived in Las Vegas
- Feb. 10, 2010 @ 10:01a.m: Checked in at The Riviera Hotel and Casino
- Feb. 10, 2010 @ 1:00p.m: At the Fremont Hotel and Casino
- Feb. 10, 2010 @ 2:44p.m: Chocolate Heaven#3 in the Riviera hotel and Casino
- Feb. 10, 2010 @ 3:15p.m:Changed rooms due to unsanitary room (Moved from room 2103 to 2314 in the Monte Carlo Tower)
- Feb. 10, 2010 @ 6:12p.m: In-N-Out Burger Sahara
- Feb. 10, 2010 @ 7:50p.m:Walmart
- Feb. 10, 2010 @ 8:10p.m: Arrived at the Rio Hotel and Casino for the Penn and Teller show that started at 9:00p.m.
- Feb. 10, 2010 @ 9:00p.m-11:00p.m: Penn and Teller show at the Rio and meet and greet with Penn and Teller
- Feb. 10, 2010 @ 11:22p.m:Walmart
- Feb. 10, 2010 @ 11:45p.m:Fremont Hotel and Casino to meet with family
- Feb. 10, 2010 @ 2:00a.m: Returned to the Riviera Hotel and Casino. Found filthy bed and left for the night

- **Feb. 11, 2010 @ early morning: Called front desk manager and moved rooms to room 2506. Bell cart came to get our things.**

- **Feb. 11, 2010 @ approx. noon-4:30p.m:Premium Outlets mall (Receipt for Hot Dog on a Stick)**

- **Feb. 11, 2010 @ 5:20p.m: Circus Circus Hotel and Casino**

- **Feb. 11, 2010 @ 7:30pm: Lawry's prime Rib**

- **Feb. 11, 2010 @ 10:50p.m: Mandalay Bay and Casino**

- **Feb. 11, 2010 @ approximately Midnight: Returned back to The Riviera Hotel and Casino**

- **Feb. 12, 2010 @ 11:21a.m: ABC Store in The Riviera Hotel and Casino to purchase tobacco**

- **Feb. 12, 2010 @ 12:00p.m: Nevada Secretary of State Office to pick up our Domestic Partnership papers**

- **Feb. 12, 2010 @ 1:00p.m: Swap meet near the Secretary of State Office**

- **Feb. 12, 2010 @ 2:30p.m: Stratosphere Hotel and casino (Receipt @ 3:56p.m @ Tower Pizzeria)**

- **Feb. 12, 2010 @ 12:16a.m: Gustav's Bar Paris Las Vegas**

- **Feb. 13, 2010 @ 3:30a.m: ABC Store Riviera Hotel and Casino**

- **Feb. 13, 2010 @ 6:23p.m: Riviera Hotel and Casino Buffet**

- **Feb. 13, 2010 @ 8:01p.m: ABC Stores in the Riviera Hotel and Casino**

- **Feb. 13, 2010 @ 8:10p.m: Left The Riviera Hotel to go to Fremont Hotel and Casino**

6

- **Feb. 13, 2010 @ approx. 10p.m:** Arrived back at the Riviera Hotel and got accused of doing drugs and was being harassed by Security Personnel.

- **Feb. 13, 2010 @ 10:26p.m:** Called Riviera Front Desk @ 702-734-5110 Spoke with the manager. Call lasted 11 minutes

- **Feb. 13, 2010 @ 10:38p.m:** Called Las Vegas Metropolitan Police Department at 702-828-3111. Call Lasted 3 minutes

- **Feb. 14, 2010 @ 3:08a.m:** Called Cheaptickets.com at 1-888922-8849. 32Minutes

- **Feb. 14, 2010 @ 12:16p.m:** Called the Riviera Security Office to speak with Doug Poppa 702-734-5110. Call Lasted 3 minutes



## GUEST CHARGE

Present this slip for charging privileges throughout the hotel

EXPIRES ON DEPARTURE

```
              ASHLEY ANN FERNANDEZ
Room:             2103
Group:            ORBTZPG
Guests:           2
Arrival:          Feb 10
Departure:        Feb 15
Payment method:   FMC
```


*401995892242*



WELCOME to the Riviera Hotel and Casino
Your credit card will be authorized for the
cost of room and tax as well as
incidentals

ASHLEY ANN FERNANDEZ
You are registered to room 2103



One King Bed Monte Carlo Tower
Feb 10          Package
Feb 11          Package
Feb 12          Package
Feb 13          Package
Feb 14          Package

CreditCard    MASTERCARD    xxxxxxxxxxxx9472

Directions to the Monte Carlo Tower

Proceed into the casino past the bell desk.
Turn right at the banking center and proceed
past the Versailles Showroom to the
elevators on the left

Welcome to the Riviera
We hope you enjoy your stay
Please see the Bell Desk for luggage
assistance.
www.Rivierahotel.com


*195892242*

2901 Las Vegas Blvd S.
Las Vegas        NV    US

P83047

XXXXXXXXXXXX9472
SEQ NUMB              2711
AUTH NUM            101105

WITHDRAW   $300.00
FROM CHK
SURCHARGE:          $4.00

LEDGER           $1929.14
AVAIL            $1629.14

**GCA**
www.gcainc.com

**CUSTOMER COPY**
Think
Be Responsible
FOR INFORMATION ABOUT HELP
WITH A GAMBLING PROBLEM, CALL
1-800-522-4700

58356762

Pay To: ████████

Pay The Sum Of: ***$500.00*** (U.S. Funds)

Fee: $16.95
Acct Charged: $516.95
Purchased From: DEBIT
Reference: 004130610208
Location: 79796171

Cardholder: ashley fernandez
Card Number: ************9472

CASH
NON-NEGOTIABLE

Player's Card:

FOR QUESTIONS ABOUT THIS TRANSACTION, CALL 800-644-0439
We collect nonpublic personal information ("information") about you from the following sources:
  (i.) Information we receive from you on applications or other forms; and
  (ii.) Information about your transactions with us, our affiliates, or others.

We may disclose all of the information that we collect, as described above. We may disclose information about you to the casino in which you use our services. We may also disclose information about you to nonaffiliated third parties as permitted by law. We may disclose all of the information we collect, as described above, to companies that perform marketing services on our behalf or to other financial institutions with whom we have joint marketing agreements. If you prefer that we not disclose information about you to nonaffiliated third parties, you may opt-out of those disclosures, that is, you may direct us not to make those disclosures (other than those permitted by law). If you wish to opt-out of disclosures to nonaffiliated third parties, you should contact (800) 644-0439. We restrict access to information about you to those employees who we determine need to know that information to provide products or services to you. We maintain physical, electronic, and procedural safeguards to guard information about you.

---

BALLYS HOTEL
LAS VEGAS, NV. 89109-43

ERMINAL I.D.: 0075422118306005711001
ERCHANT #: 5421183060005711
ASTERCARD
************9472
ALE
CODE: 7        INV: 000005
ATCH: 595
        AUTH: 076836

OTAL           $22.16

SHLEY FERNANDEZ

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

CUSTOMER COPY

---

ASHLEY ANN FERNANDEZ

GROUP: ORBTZPG
GUESTS: 1

PAYMENT METHOD: FMC

---

LAS VEGAS, NV 89102
(800)786-1000

### CREDIT SALE

Easy #1
2 DblDbl              5.98
2 W
  FF Animal           3.19
  Lg Coke             1.50
  XL T-Shirt          8.95

### CHARGE DETAIL

Name:      ASHLEY FERNANDEZ
Card Type: MasterCard
Account:   ************9472 S
Auth Code: 091060
Trans #:   1277

AUTH AMT:          $21.21

L1 T1

CUSTOMER COPY



```
                          6:38 PM
YOUR GUEST NUMBER IS
        49
```

080 1 337 1293

Cashier: CHRISTINE
Check  : 49

** V Shk                    1.85

Counter-Take Out
                            1.85
TAX 8.10%                    .15
Amount Due               $2.00

Mastercard Tender
                         $2.00
Change                   $.00
        THANK YOU!



```
           Walmart
   MANAGER ROBERT HOLDER
      ( 702 ) 258 - 4640
ST# 3473 OP# 00006033 TE# 24 TR# 08685
PTX TAMPON   007830009836      3.97 X
                SUBTOTAL       3.97
       TAX 1  8.100 %          0.32
                TOTAL          4.29
                DEBIT TEND     4.29
           DEBIT CASH BACK   100.00
     TOTAL DEBIT PURCHASE    104.29
                CHANGE DUE   100.00

EFT DEBIT         PAY FROM PRIMARY
  ACCOUNT :              9472
     4.29  PURCHASE
   100.00  CASH BACK
   104.29  TOTAL PURCHASE
REF # 004200670526
NETWORK ID. 0090 APPR CODE 142667
     02/10/10    19:50:18

     # ITEMS SOLD 1

  TC# 2798 9340 9386 9518 4644
```



```
         Rio All Suite
        Hotel And Casino
           PRESENTS

     In The Penn & Teller Theater

     Pre-show with live jazz by
     The Mike Jones Duo at 8pm

       Gratuity Not Included
          L.E.T. Included
       No Exchanges/No Refunds
      No Cameras/Video Equipment

         Seats NOT Guaranteed
       30 Minutes Prior To Showtime

  SECT 2  A         USER: Ja Mc
  ROW BB             POS: Penn Tr 03
  SEAT 10      ResID: 531 525 311
               5201-1137164-002001
  EXC- VDC P&T      Trans Tkt Qty: 2
     $82.50    Code:
  EVegas.com
```



```
         Rio All Suite
        Hotel And Casino
           PRESENTS

     In The Penn & Teller Theater

     Pre-show with live jazz by
     The Mike Jones Duo at 8pm

       Gratuity Not Included
          L.E.T. Included
       No Exchanges/No Refunds
      No Cameras/Video Equipment

         Seats NOT Guaranteed
       30 Minutes Prior To Showtime

  SECT 2  A         USER: Ja Mc
  ROW BB             POS: Penn Tr 03
  SEAT 9       ResID: 531 525 311
               5201-1137164-002002
  EXC- VDC P&T      Trans Tkt Qty: 2
     $82.50    Code:
  EVegas.com
```



```
                Walmart
        MANAGER ROBERT HOLDER
            ( 702 ) 258 - 4540
ST# 3473 OP# 00003967 TE# 08 TR# 04752
SC RASPBERRY  007674243448 F    0.78 N
BLENDED JCE   004850005011 F    2.63 O
SPLASH JCE    005100012711 F    1.98 O
SPLASH JCE    005100012711 F    1.98 O
BBQ PRTZL PC  007797608682 F    2.50 N
                    SUBTOTAL    9.87
                       TOTAL    9.87
                  DEBIT TEND    9.87
              DEBIT CASH BACK 100.00
         TOTAL DEBIT PURCHASE 109.87
                  CHANGE DUE  100.00

EFT DEBIT         PAY FROM PRIMARY
ACCOUNT :                    9472
    9.87  PURCHASE
  100.00  CASH BACK
  109.87  TOTAL PURCHASE
REF # 004200299619
NETWORK ID. 0090 APPR CODE 451602
      02/10/10   23:21:59

   # ITEMS SOLD 5

   TC# 7957 9460 5658 5001 1836
```

Tax Prep in store at Jackson Hewitt
and $3 Check Cashing at Walmart

ASHLEY ANN FERNANDEZ

GROUP: ORBTZPG
GUESTS: 1
PAYMENT METHOD: FMC



CHECK #702232-1

```
1 32oz. CHILLER            $3.75
  Sales Tax  08.10%        $0.30
TOTAL                      $4.05
```

$1 TUESDAYS!!
Every Tuesday
Hot Dogs on a Stick
are just $1 each!
***
                    1 CUSTOMER

Visit us at...
www.hotdogonastick.com


Smile Given By : Krista M.

### ORDER 089

```
CASH     :      $4.25
CHANGE:  $0.20
```

## GCA
www.gcainc.com

Issued by Integrated Payment Systems Inc.
Englewood, Colorado 82-40/1021

Pay To:

Fee:  $16.95
Acct Charged: $516.95
Purchased From:  DEBIT
Reference:  004231016922
Location:  79803387

## CUSTOMER COPY
Think
Be Responsible
FOR INFORMATION ABOUT HELP
WITH A GAMBLING PROBLEM, CALL
1-800-522-4700

Pay The Sum Of:    ***$500.00*** (U.S. Funds)

Cardholder:  ASHLEY FERNANDEZ
Card Number:  *************9472

Player's Card:

**57783835**

CASH
NON-NEGOTIABLE

FOR QUESTIONS ABOUT THIS TRANSACTION, CALL 800-644-0439
We collect nonpublic personal information ("information") about you from the following sources:
   (i.) Information we receive from you on applications or other forms; and
   (ii.) Information about your transactions with us, our affiliates, or others.

We may disclose all of the information that we collect, as described above. We may disclose information about you to the casino in which you use our services. We may also disclose information about you to nonaffiliated third parties as permitted by law. We may disclose all of the information we collect, as described above, to companies that perform marketing services on our behalf or to other financial institutions with whom we have joint marketing agreements. If you prefer that we not disclose information about you to nonaffiliated third parties, you may opt out of those disclosures, that is, you may direct us not to make those disclosures (other than those permitted by law). If you wish to opt out of disclosures to nonaffiliated third parties, you should contact us at (800) 644-0439. We restrict access to information about you to those employees who we determine need to know that information to provide products or services to you. We maintain physical, electronic, and procedural safeguards to guard information about you.

**GCA**
www.gcainc.com

Issued by Integrated Payment Systems Inc.
Englewood, Colorado 82-40/1021

**CUSTOMER COPY**

Think
Be Responsible
FOR INFORMATION ABOUT HELP
WITH A GAMBLING PROBLEM, CALL
1-800-522-4700

**63220268**

Pay To: ~~[REDACTED] RESORT A[REDACTED]~~    Pay The Sum Of:    ***$300.00*** (U.S. Funds)

| | | |
|---|---|---|
| Fee: $10.95 | Cardholder: ASHLEY FERNANDEZ | **CASH** |
| Acct Charged: $310.95 | Card Number: ************9472 | NON-NEGOTIABLE |
| Purchased From: DEBIT | | |
| Reference: 004231146730 | | |
| Location: 79798132 | Player's Card: | |

**FOR QUESTIONS ABOUT THIS TRANSACTION, CALL 800-644-0439**
We collect nonpublic personal information ("information") about you from the following sources:
  (i.) Information we receive from you on applications or other forms; and
  (ii.) Information about your transactions with us, our affiliates, or others.

We may disclose all of the Information that we collect, as described above. We may disclose Information about you to the casino in which you use our services. We may also disclose Information about you to nonaffiliated third parties as permitted by law. We may disclose all of the Information we collect, as described above, to companies that perform marketing services on our behalf or to other financial institutions with whom we have joint marketing agreements. If you prefer that we not disclose Information about you to nonaffiliated third parties, you may opt out of those disclosures, that is, you may direct us not to make those disclosures (other than those permitted by law). If you wish to opt out of disclosures to nonaffiliated third parties, you should contact us at (800) 644-0439. We restrict access to Information about you to those employees who we determine need to know that Information to provide products or services to you. We maintain physical, electronic, and procedural safeguards to guard Information about you.



Sales Tax Inclusive

Gustav's Bar    Paris
Check: 1227224
Server: Pinit F
Terminal: 122

```
        Regular
   Eiffel Tower        33.98
     @ 16.99

        Subtotal       33.98
        Total          33.98


Cash                   40.00
Change                  6.02

        GRAND TOTAL    33.98
```

T122 C30222 2/12/2010 0:16

TR#
       Dine at Paris, Bally
       Flamingo, Harrahs, C
       and charge your hote

```
                OPEN UNTIL 10:30 PM
              Visit us at WWW.ABCSTORES.COM

02187268169    WINNING GUM        2.19
09060000014    USA GOLD                  T

           SUBTOTAL          7.24
           8.10% TAX
           TOTAL
           MC
MC: XXXXXXXXXXXX9472
APPR:076884

Tran Code: 04F OHAB 00A 0330
        *04FOHAB00A0330*

41958                       560  # 75
         (REPRINT #1)
Register:10
```




** Save your receipts for FREE GIFTS **

---




SALES DRAFT

2000 Las Vegas Boulevard South
LAS VEGAS, NEVADA 89104
(800) 9?8-6937

MERCH ID: 000000000413369600
CASHIER: Roxann
TERMINAL: 375

Master Card

NAME:    FERNANDEZ/ASHLEY
NUMBER:  XXXXXXXXXXXX9472
EXPIRE:  XX/XX
AUTH:    051283
AMOUNT:  17.30

CHECK:   3730839
TABLE:

TOTAL:   17.30

GRATUITY: _____

TOTAL: _____

I agree to pay above total
amount according to my card
issuer agreement.

X __Ashley Fry__
SIGNATURE

Merchant Copy

```
        OPEN 24 HOURS
    Visit us at WWW.ABCSTORES.COM

02720000559   KOOLS SINGL      6.75  T
88892602113   S/B EGG SLD      2.99
88892601106   S/B SNDWCH       3.99

         SUBTOTAL           13.??
         8.10% TAX
         TOTAL
         MC                (14.28)
MC: XXXXXXXXXXXXX
APPR:035170

Tran Code: 04E OHAC OOA 0516

          *04EOHACOOA0516*

42920                    956  # 121
         (REPRINT #1)
Register:10
```

```
                                    702-734-5110

                          200042 DANELLE
                          ----------------------
                          CHK 3612  ??13'10

                          1 DINNER BUFFET    18.99
                          1 DINNER BUFFET    18.99

                              SUBTOTAL       37.98
                              TAX             3.08
                              PAYMENT        41.06
                          2506
                          FERNANDEZ,ASHLEY AN
                          491995892242
                              ROOM CHARGE    41.06

                          Gratuity  : _____

                          Total     : _____

                          Room Number: _____

                          **Please Print Last Name****
                          SIGNATURE  Ashley
                          'lease Visit our web site at
                                www.theriviera.com
```

** Save your receipts for FREE GIFTS **

```
        OPEN UNTIL 10:30 PM
    Visit us at WWW.ABCSTORES.COM

09060000014   USA GOLD         4.75  T
985723152     JACKPOT SLD      9.99  T

         SUBTOTAL           14.74
         8.10% TAX           1.19
         TOTAL              15.93
         CASH              (16.00)
         CHANGE              0.07-

Tran Code: 04F OHAC OOE ON15

          *04FOHACOOBON15*

40027                    563  # 555
Register:11
```

** Save your receipts for FREE GIFTS **

