**TD AMERITRADE**

1005 North Ameritrade Place, Bellevue, NE 68005   tdameritrade.com

*COPY*

November 29, 2010

Nathan Comer & Beatrice Comer
68004 Seven Oaks Dr
Cathedral City, CA 92234

Re: Your Equity Balance as of November 29, 2010

Dear Nathan Comer & Beatrice Comer,

Thank you for your request. As of the open of business on November 29, 2010, the equity in your TD AMERITRADE account ending in 5882 is $46,448.15. The equity represents the market value of securities less any debit balance or plus any credit balance. Unpriced securities are not included in the account's equity.

If you have any questions, please log on to your account and click "Message Center" (under Home) to send us a message. A Client Services representative will respond to your query through your Message Center inbox. You can also call Client Services at 800-669-3900. We're available 24 hours a day, seven days a week. For faster service, please enter your account number or UserID when prompted, so that we can direct your call to a representative best suited to service your request.

Sincerely,

*Valerie White*

Valerie White
Research & Resolution
TD AMERITRADE

This information is furnished as part of a general information service and TD AMERITRADE shall not be liable for any damages arising out of any inaccuracy in the information. Because this information may differ from your TD AMERITRADE monthly statement, you should rely only on the TD AMERITRADE monthly statement as the official record of your TD AMERITRADE account.

TD AMERITRADE does not provide investment, legal or tax advice. Please consult your investment, legal or tax advisor regarding tax consequences of your transactions.

Market volatility, volume, and system availability may delay account access and trade executions.

TD AMERITRADE, Inc., member FINRA/SIPC/NFA. TD AMERITRADE is a trademark jointly owned by TD AMERITRADE IP Company, Inc. and The Toronto-Dominion Bank. © 2010 TD AMERITRADE IP Company, Inc. All rights reserved. Used with permission.

TDA 1712 L 07/10

| | |
|---|---|
| GORDON SILVER<br>GERALD M. GORDON, ESQ.<br>Nevada Bar No. 229<br>E-mail: ggordon@gordonsilver.com<br>THOMAS H. FELL, ESQ.<br>Nevada Bar No. 3717<br>E-mail: tfell@gordonsilver.com<br>JOHN P. WITUCKI, ESQ.<br>Nevada Bar No. 10800<br>E-mail: jwitucki@gordonsilver.com<br>3960 Howard Hughes Pkwy., 9th Floor<br>Las Vegas, Nevada 89169<br>Telephone (702) 796-5555<br>Facsimile (702) 369-2666<br>Attorneys for Debtors | E-Filed On __11-22-10__ |

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>RIVIERA HOLDINGS CORPORATION<br><br>☐ Affects this Debtor.<br>☒ Affects all Debtors.<br>☐ Affects RIVIERA OPERATING CORPORATION<br>☐ Affects RIVIERA BLACK HAWK, INC. | Case No.: 10-22910-LBR<br>Chapter 11 Jointly Administered with:<br><br>10-22913-LBR   Riviera Operating Corp.<br>10-22915-LBR   Riviera Black Hawk, Inc.<br><br>Date: December 21, 2010<br>Time: 2:00 p.m. |

**AMENDED NOTICE OF HEARING OF DEBTORS' FIRST OMNIBUS OBJECTION TO STOCK OWNERSHIP CLAIMS PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007(d)(7)**

NOTICE IS HEREBY GIVEN that John P. Witucki, Esq. of the law firm of Gordon Silver, attorneys for Debtors, filed <u>Debtors' First Omnibus Objection to Stock Ownership Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007(d)(7)</u> ("Objection") to the proofs of claim described therein (collectively, the "Stock Ownership Claims") filed by the equity security holders identified in the Objection (collectively, the "Claimants"). A copy of the above-referenced Objection is enclosed herewith. The Debtors are requesting through the Omnibus Objection that the Court deny each of the Stock Ownership Claims, as such Stock Ownership Claims in fact represent proofs of interest held by the Claimants.

**<u>Your claim may be reduced, modified, or eliminated</u>. You should read these papers**

103000-001/1075631.doc

making the Objection *no later than fourteen (14) days preceding* the hearing date for the Objection. If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above. The response must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

NOTICE IS FURTHER GIVEN that the hearing on the Objection will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Bankruptcy Courtroom No. 1, Las Vegas, Nevada 89101, on December 21, 2010, at the hour of 2:00 p.m.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim.

DATED this 22nd day of November, 2010.

GORDON SILVER

By: _____
GERALD M. GORDON, ESQ.
THOMAS H. FELL, ESQ.
JOHN P. WITUCKI, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Attorneys for Debtors

103000-001/1075631.doc

3

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555