December 1, 2010


Gordon Silver
Gerald M. Gordon, Esq.
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV  89169


Mr. Gordon:

This letter is to serve as an Objection (pursuant to Rule 3007 and Rule 9014 of the Local
Rules of Bankruptcy Practice) to the relief requested in Case No. 10-22910-LBR
(Chapter 11 / Riviera).

I expect my Stock Ownership Claims to be recognized and rewarded and I object to the
relief requested.

Please contact me with any questions.


Sincerely,

Steven T. Ringkob
4090 Twin Falls Dr
Reno, NV  89511
775.853.2732